UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

AVETIK ROBERTI DOVLATYAN                                      PETITIONER
A#221-350-586


V.                                      CIVIL CASE NO. 5:26-cv-00357-DCB-BWR

RAFAEL VERGARA *Warden, Adams County*                        RESPONDENT
*Correctional Center* and CHRISTOPHER
BULLOCK, *Immigration and Customs
Enforcement, New Orleans Field Office
Director*

### ORDER

This matter is before the Court *sua sponte*. On April 20, 2026, Petitioner, through counsel,

filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging

Petitioner's detention and requesting his immediate release or alternatively a bond hearing.

According to the United States Immigration and Customs Enforcement's (ICE's) Online

Detainee Locator System, Petitioner is no longer in ICE custody.[1]

IT IS THEREFORE ORDERED that, **on or before July 1, 2026,** the parties are to

inform the Court whether the Petition is moot because Petitioner is no longer detained.

SO ORDERED, this 24th day of June 2026.


*s/ Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

---

[1] Locator.ice.gov (last visited June 24, 2026).